UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

RONALD MELSTEIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK and P.O. ROBERT OLSEN,

                Defendants.
---------------------------------------------------------X

07 CV 3546

JUDGE MARRERO

ECF CASE:

**COMPLAINT**

**JURY TRIAL DEMANDED**

## PRELIMINARY STATEMENT

1. This is a civil rights action in which the plaintiff seeks relief for the defendants violation of his rights secured by the Civil Rights Act of 1871, 42 U.S.C. Section 1983, by the United States Constitution, including its First, Fourth, Fifth and Fourteenth Amendments, and by the laws and Constitution of the State of New York. The plaintiff seeks damages, both compensatory and punitive, affirmative and equitable relief, an award of costs and attorneys' fees, and such other and further relief as this Court deems equitable and just.

## JURISDICTION

2. This action is brought pursuant to the Constitution of the United States, including its First, Fourth, Fifth and Fourteenth Amendments, and pursuant to 42 U.S.C. §1983. Jurisdiction is conferred upon this Court by 42 U.S.C. §1983 and 28 U.S.C. §§1331 and 1343(a)(3) and (4), this being an action seeking redress for the violation of the plaintiff's constitutional and civil rights.

3. The plaintiff further invokes this court's supplemental jurisdiction, pursuant to 28 U.S.C. §1367, over any and all state law claims and as against all parties that are so related to

claims in this action within the original jurisdiction of this court that they form part of the same case or controversy.

## JURY TRIAL DEMANDED

4. Plaintiff demands a trial by jury on each and every one of his claims as pleaded herein.

## VENUE

5. Venue is proper for the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §1391 (a), (b) and (c).

## NOTICE OF CLAIM

6. Plaintiff filed a Notice of Claim with the Comptroller of the City of New York within 90 days of the events complained of herein. More than 30 days have elapsed since the filing of the Notice of Claim, and adjustment or payment thereof has been neglected or refused.

## PARTIES

7. Plaintiff is a citizen, resident, and was otherwise lawfully in the United States at the time of the events complained of herein.

8. Defendant THE CITY OF NEW YORK is and was at all times relevant herein a municipal entity created and authorized under the laws of the State of New York. It is authorized by law to maintain a police department, which acts as its agent in the areas of law enforcement and for which it is ultimately responsible. Defendant THE CITY OF NEW YORK assumes the risks incidental to the maintenance of a police force and the employment of police officers as said risk attaches to the public consumers of the services provided by the New York City Police Department.

9. Defendant P.O. ROBERT OLSEN is and was at all times relevant herein a duly appointed and acting officer, servant, employee and agent of THE CITY OF NEW YORK and/or

the New York City Police Department, a municipal agent of defendant THE CITY OF NEW YORK. Defendant P.O. ROBERT OLSEN is and was at all times relevant herein acting under color of state law in the course and scope of his duties and functions as an officer, agent, servant and employee of defendant THE CITY OF NEW YORK, was acting for, and on behalf of, and with the power and authority vested in him by THE CITY OF NEW YORK and the New York City Police Department, and was otherwise performing and engaging in conduct incidental to the performance of his lawful functions in the course of his duties.

## STATEMENT OF RELEVANT FACTS

10. On April 29, 2006, at approximately 4:00 p.m., plaintiff was lawfully upon the premises known as Flushing Meadow Park, Queens, New York. Plaintiff was there for the purpose of walking and/or jogging.

11. While plaintiff was walking in the aforesaid park, he was approached by P.O. ROBERT OLSEN and was violently thrown to the ground, handcuffed and arrested. Plaintiff was then thrown in the back of a police car and taken to Central Booking. Plaintiff was never read his Miranda rights and was never informed as to the charges against him. Plaintiff was then taken to the 110th precinct, where he was fingerprinted, detained overnight and was denied medical attention.

12. Plaintiff was presented to a judge the following morning. All charges against the plaintiff were dismissed.

## FIRST CLAIM

### DEPRIVATION OF RIGHTS UNDER THE UNITED STATES CONSTITUTION AND 42 U.S.C. §1983

13. The plaintiff incorporates by reference the allegations set forth in all preceding paragraphs as if fully set forth herein.

14. By his conduct and actions in causing the arrest and imprisonment of plaintiff, and in arresting, fingerprinting and imprisoning plaintiff, by violating the arrestee's Fourteenth Amendment rights to equal protection, by using excessive force, by detaining plaintiff for an excessive amount of time, by detaining plaintiff under cruel and inhumane conditions, by deliberate indifference to his medical needs, and by maliciously prosecuting plaintiff, defendant P.O. ROBERT OLSEN, acting under the color of law and with a deliberate indifference to or a reckless disregard for the natural and probable consequences of his acts, caused injury and damage in violation of plaintiff's constitutional rights as guaranteed under 42 U.S.C. §1983 and the United States Constitution, including its First, Fourth, Fifth and Fourteenth Amendments.

15. As a result of the foregoing, plaintiff was deprived of his liberty, suffered specific and serious bodily injury, pain and suffering, emotional distress and psychological injury, great humiliation, costs and expenses, and was otherwise damaged and injured.

### SECOND CLAIM

### LIABILITY OF THE CITY OF NEW YORK
### FOR CONSTITUTIONAL VIOLATIONS

16. The plaintiff incorporates by reference the allegations set forth in all preceding paragraphs as if fully set forth herein.

17. At all times material to this complaint, defendant THE CITY OF NEW YORK, acting through its police department and through the individual defendant, had policies, practices, customs and usages which were a direct and proximate cause of the unconstitutional conduct alleged herein, including: (a) the arrest and fingerprinting of the plaintiff; (c) the unreasonably long detention of plaintiff; (d) the infliction of pain and suffering upon plaintiff, including the use of excessive force, keeping plaintiff in handcuffs for extended periods of time, denial of adequate medical care, and other means of inflicting pain and discomfort. Each such policy, practice, custom and usage caused injury and damage in violation of plaintiff's constitutional rights as guaranteed under 42 U.S.C. §1983 and the United States Constitution,

including its First, Fourth, Fifth and Fourteenth Amendments.

18. As a result of the foregoing, plaintiff was deprived of his liberty, suffered specific and serious bodily injury, pain and suffering, emotional distress and psychological injury, great humiliation, costs and expenses, and was otherwise damaged and injured.

## THIRD CLAIM

### FALSE ARREST AND FALSE IMPRISONMENT

19. The plaintiff incorporates by reference the allegations set forth in all preceding paragraphs as if fully set forth herein.

20. By the actions described above, defendants falsely arrested and imprisoned plaintiff, or caused him to be falsely arrested, fingerprinted and imprisoned, without reasonable or probable cause, illegally and without a warrant, and without any right or authority to do so. The acts and conduct of the defendants were the direct and proximate cause of injury and damage to the plaintiff and violated his statutory and common law rights as guaranteed by the laws and Constitution of the State of New York.

21. As a result of the foregoing, plaintiff was deprived of his liberty, suffered specific and serious bodily injury, pain and suffering, emotional distress and psychological injury, great humiliation, costs and expenses, and was otherwise damaged and injured.

## FOURTH CLAIM

### ASSAULT AND BATTERY

22. The plaintiff incorporates by reference the allegations set forth in all preceding paragraphs as if fully set forth herein.

23. By the actions described above, defendants committed an assault and battery upon the plaintiff by forcibly throwing plaintiff to the ground. The acts of conduct of the defendants were the direct and proximate cause of the injury and damage to the plaintiff and violated his statutory and common law rights as guaranteed by the laws and Constitution of the State of New York.

24. As a result of the foregoing, plaintiff was deprived of his liberty, suffered specific and serious bodily injury, pain and suffering, emotional distress and psychological injury, great humiliation, costs and expenses, and was otherwise damaged and injured.

## FIFTH CLAIM

### MALICIOUS PROSECUTION

25. The plaintiff incorporates by reference the allegations set forth in all preceding paragraphs as if fully set forth herein.

26. By the actions described above, defendants maliciously prosecuted plaintiff without any right or authority to do so. The acts of conduct of the defendants were the direct and proximate cause of injury and damage to the plaintiff and violated his statutory and common law rights as guaranteed by the laws and Constitution of the State of New York.

27. As a result of the foregoing, plaintiff was deprived of his liberty, suffered specific and serious bodily injury, pain and suffering, emotional distress and psychological injury, great humiliation, costs and expenses, and was otherwise damaged and injured.

## SIXTH CLAIM

### NEGLIGENCE

28. The plaintiff incorporates by reference the allegations set forth in all preceding paragraphs as if fully set forth herein.

29. Defendants, jointly and severally, negligently caused injuries, emotional distress and damage to plaintiff. The acts of conduct of the defendants were the direct and proximate cause of injury and damage to the plaintiff and violated his statutory and common law rights as guaranteed by the laws and Constitution of the State of New York.

30. As a result of the foregoing, plaintiff was deprived of his liberty, suffered specific and serious bodily injury, pain and suffering, emotional distress and psychological injury, great humiliation, costs and expenses, and was otherwise damaged and injured.

**WHEREFORE**, plaintiff demands the following relief jointly and severally against all of the defendants:

a. Compensatory damages in the amount of $10,000,000.00;

b. Punitive Damages;

c. The convening and empaneling of a jury to consider the merits of the claims herein;

d. Pre and post-judgment costs, interest and attorneys' fees;

e. Such other and further relief as to this Court may deem appropriate and equitable.

Dated: New York, New York
April 30, 2007

                              Yours etc.,

                              **ISAACSON, SCHIOWITZ & KORSON, LLP.,**
                              Attorneys for Plaintiff

                          By: _____
                              MARTIN SCHIOWITZ, ESQ. (MS 0946)
                              150 Broadway - Suite 1600
                              New York, New York 10038
                              Tel. No.: (212) 267-6557

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   ECF Case:
RONALD MELSTEIN,

                  Plaintiff,

-against-

THE CITY OF NEW YORK and P.O. ROBERT OLSEN,

                  Defendants.
------------------------------------------------------------------X

## COMPLAINT

ISAACSON, SCHIOWITZ & KORSON, LLP
Attorneys for Plaintiff
150 Broadway, Suite 1600
New York, NY 10038-4494
Tel No. 212-267-6557
Fax No. 212-240-0365

---

To:

Service of a copy of the within is hereby admitted.

Dated:_____20____

Attorney(s) for

---

PLEASE TAKE NOTICE:
[] NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                    20  .
[] NOTICE OF SETTLEMENT
that an order of which the within is a true copy will be presented for settlement to the HON.
        one of the judges of the within named Court, at                    on
20     at     M.
Dated
                                      Yours, etc.
                       ISAACSON, SCHIOWITZ & KORSON, LLP

# America e-Find

A division of 701065390362 Ontario Ltd.

## We Check People and Companies Out For You!

## Specializing in Asset & Background Searches

Each Asset & Background Report Includes

*SSN verification *Full address history *Real Estate owned w/tax assessor and deed transfer data *Bankruptcies *Tax Liens *Civil Judgments *Corporations, LLC's, and DBA's owned plus full reports on each company found  *People Associated *Alias's *Felony and Misdemeanors Search *Family Members *20 Year Data History per Category
*Same Hour Service – Results by E-Mail

## Bank Account Locates

State or National Bank Accounts searches. Personal or Corporate accounts. Data reported includes (**A**) all Bank accounts in person's primary state of residence if a state search OR all banks in USA if a National search - Name & address of each bank found plus dollar balances in each account as well as type of account (Checking-Savings-IRA's- Money Market-CD's & Safety Deposit Boxes.) Fee as well includes (**B**) Asset and Background Report as described above (real estate & corporations search nationwide as well as bankruptcies, tax liens, and civil judgments.) 24 hours or less turn around for the written reports and 5-7 Days for written delivery of the bank search and bank dollar balances results. *Fifty (50%) Percent refund if No-Hit on the bank search.*

## Guaranteed Missing Person Searches

We find the person you are looking for OR *NO CHARGE*. We run the search with you on the telephone. We then run a comprehensive background report on the person and Email you the results. Results are GUARANTEED. We find the person OR NO CHARGE!
No find – No charge. Same Hour Service – Results by E-Mail

## Additional Services Available

*Credit Card Transactions *Employment Locates *NCIC Warrant Search *DMV Data * Credit Reports *Domestic & International Collections *Many Other Services

Now Offered: *BROKERAGE ACCOUNT SEARCHES

# Toll Free: 1-888-256-2155

········································································································

********TO BE FAX REMOVED ********
**YOU just call TOLL FREE 1-866-806-2396**