```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RONALD MELSTEIN,

                Plaintiff,

            - against -

THE CITY OF NEW YORK and
P.O. OLSEN,

                Defendants.
------------------------------------X

07 CIV 3546(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In reviewing the complaint filed in this matter the Court has noted that plaintiff Ronald Melstein("Melstein") asserts that he is a resident of Elmhurst, New York, and that defendant Robert Olsen ("Olsen") is a police officer in the Police Department ("NYPD") of defendant The City of New York. The complaint indicates that the events giving rise to the underlying action occurred in connection with Melstein's arrest by Olsen in Flushing Meadow Park, Queens, New York and his booking and incarceration at the NYPD's 110th Precinct in Queens. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

    **ORDERED** that in the interest of justice, the maximum

convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:    NEW YORK, NEW YORK
            8 May 2007

_____
            Victor Marrero
              U.S.D.J.